# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
CAZARES JR., JOHN § Case No. 14-23955 MER
§
_____Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH G. ROSANIA_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-23955 MER Judge: Michael E. Romero | Trustee Name: | JOSEPH G. ROSANIA |
|---|---|---|---|
| Case Name: | CAZARES JR., JOHN | Date Filed (f) or Converted (c): | 10/14/14 (f) |
| | | 341(a) Meeting Date: | 11/10/14 |
| For Period Ending: | 08/05/15 | Claims Bar Date: | 08/03/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 9558 Clayton Co | 198,361.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 5.00 | 2.50 | | 2.00 | FA |
| 3. Wells Fargo Bank checking/savings account | 50.00 | 0.00 | | 0.00 | FA |
| 4. Bellco Credit Union checking/savings account | 50.00 | 6.75 | | 6.00 | FA |
| 5. Household goods consisting of; fridge/freezer, sto | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Pictures and DVDs | 100.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 8. 38 special handgun | 150.00 | 150.00 | | 74.00 | FA |
| 9. TA Retirement 401k | 2,304.71 | 0.00 | | 0.00 | FA |
| 10. Pepsi Pension | Unknown | 0.00 | | 0.00 | FA |
| 11. 2013 GMC Sierra with 8,000 miles | 24,995.00 | 3,522.00 | | 0.00 | FA |
| 12. 2010 Chevy Tahoe with 50,000 miles | 24,350.00 | 8,419.00 | | 0.00 | FA |
| 13. 2001 Hyundai Elantra with 96,000 miles; Bare legal | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Saturn Vue; Bare legal title. Daughter drives | 0.00 | 0.00 | | 0.00 | FA |
| 15. 1992 Chevy Corvette; Bare legal title. Daughter dr | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 17. Unpaid Wages | Unknown | 129.39 | | 129.00 | FA |
| 18. TAX REFUNDS (u) 2014 | 0.00 | 0.00 | | 3,429.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $253,115.71   $12,229.64   $3,640.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-23955   MER   Judge: Michael E. Romero | Trustee Name:   JOSEPH G. ROSANIA |
| Case Name: | CAZARES JR., JOHN | Date Filed (f) or Converted (c):   10/14/14 (f) |
| | | 341(a) Meeting Date:   11/10/14 |
| | | Claims Bar Date:   08/03/15 |

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-23955 -MER | Trustee Name: | JOSEPH G. ROSANIA |
|---|---|---|---|
| Case Name: | CAZARES JR., JOHN | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******5337  Checking |
| Taxpayer ID No: | *******1241 | | |
| For Period Ending: | 08/05/15 | Blanket Bond (per case limit): | $ 71,141,417.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/15 | 18 | US TREASURY | TAX REFUNDS | 1224-000 | 3,429.00 | | 3,429.00 |
| 05/13/15 | | JOHN CAZARES JR. | PAYMENT | | 211.00 | | 3,640.00 |
| | | THORNTON, CO  80229 | | | | | |
| | 17 | CAZARES JR., JOHN | Memo Amount:         129.00 | 1229-000 | | | |
| | | | Wages | | | | |
| | 2 | | Memo Amount:             2.00 | 1129-000 | | | |
| | | | Cash | | | | |
| | 4 | | Memo Amount:             6.00 | 1129-000 | | | |
| | | | Bank Account | | | | |
| | 8 | | Memo Amount:            74.00 | 1129-000 | | | |
| | | | Firearms and Hobby Equipment | | | | |
| 05/29/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,630.00 |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,620.00 |
| 07/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,610.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 211.00 | COLUMN TOTALS | 3,640.00 | 30.00 | 3,610.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 3,640.00 | 30.00 | |
| Memo Allocation Net: | 211.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 3,640.00 | 30.00 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 211.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking - ********5337 | 3,640.00 | 30.00 | 3,610.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 211.00 | | 3,640.00 | 30.00 | 3,610.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 3,640.00 | 30.00 | |

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-23955 -MER |
| Case Name: | CAZARES JR., JOHN |
| Taxpayer ID No: | *******1241 |
| For Period Ending: | 08/05/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH G. ROSANIA |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******5337  Checking |
| Blanket Bond (per case limit): | $ 71,141,417.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - ********5337

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Page 1

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2015

Case Number: 14-23955
Debtor Name: CAZARES JR., JOHN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | (1-1) Unsecured Debt | $876.41 | $0.00 | $876.41 |
| 000002 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (2-1) CREDIT CARD DEBT | $658.59 | $0.00 | $658.59 |
| 000003 070 7100-00 | Cavalry SPV I, LLC c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Suite 200 Tucson, AZ 85712 | Unsecured | | $4,226.19 | $0.00 | $4,226.19 |
| 000004 070 7100-00 | Sallie Mae P.O. Box 3319 Wilmington, DE 19804-4319 | Unsecured | | $6,868.69 | $0.00 | $6,868.69 |
| 000005 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (5-1) CREDIT CARD DEBT | $633.27 | $0.00 | $633.27 |
| 000006 070 7100-00 | Wells Fargo Card Services 1 Home Campus 3rd Floor Des Moines, IA 50328 | Unsecured | | $15,835.98 | $0.00 | $15,835.98 |
| 000007 070 7100-00 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | Unsecured | (7-1) 3750 | $546.43 | $0.00 | $546.43 |
| | Case Totals: | | | $29,645.56 | $0.00 | $29,645.56 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-23955 MER
Case Name: CAZARES JR., JOHN
Trustee Name: JOSEPH G. ROSANIA

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH G. ROSANIA | $ | $ | $ |
| Trustee Expenses: JOSEPH G. ROSANIA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000002 | Capital One, N.A. | $ | $ | $ |
| 000003 | Cavalry SPV I, LLC | $ | $ | $ |
| 000004 | Sallie Mae | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |
| 000006 | Wells Fargo Card Services | $ | $ | $ |
| 000007 | WORLD'S FOREMOST BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE